UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:25-CV-00296-KKC-EBA

CHAD CROUCH, *et al.*, PLAINTIFFS,

V. **ORDER**

ERIE INSURANCE COMPANY, INC., *et al.*, DEFENDANTS.

*** *** *** ***

This matter is before the Court on Plaintiffs' motion to compel and for sanctions. [R. 18]. Defendants filed a response opposing the motion. [R. 20]. An off-the-record telephonic conference was held on April 17, 2026, in which the undersigned heard the parties' respective arguments and then took the matter under advisement. [R. 19; R. 21]. This order follows.

Plaintiffs' motion seeks to compel Defendants to respond to various discovery requests, including Requests for Production of Documents, Requests for Admission, and Interrogatories. [R. 18]. A brief review of the motion reveals that all the contested discovery materials concern information relating to Defendant Erie's internal investigation of the Plaintiffs' claims and its decision on whether to provide coverage. [*See* R. 18-1 at pgs. 4–8]. In other words, Plaintiffs' motion seeks to compel Defendants to disclose information and documents which solely concern their bad faith claims. As Judge Caldwell's prior order clearly and unambiguously states, however, discovery related to those claims is stayed pending resolution of their underlying breach of contract coverage claim. [R. 10]. Because none of the at-issue discovery appears "related to the value of

the [Plaintiffs'] damaged property," they are not yet entitled to that information. [*See id.* at pg. 5]. Accordingly, having considered the matter, and being sufficiently advised,

**IT IS ORDERED** that Plaintiffs' motion to compel and for sanctions, [R. 18], is **DENIED**.

Signed April 23, 2026.

**Signed By:**

***Edward B. Atkins*** EBA

**United States Magistrate Judge**